# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

PETER J. ATAKPU,

    Petitioner,

:

Case No. 3:06-cv-074

:    District Judge Thoms M. Rose

  -vs-    Chief Magistrate Judge Michael R. Merz

WARDEN, Lebanon Correctional
  Institution,

:

    Respondent.

---

**ORDER ADOPTING REPORT AND RECOMMENDATIONS ON APPEAL *IN FORMA PAUPERIS***

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz, to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on July 7, 2006, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that this Court certify to the Sixth Circuit that the appeal herein is frivolous.  The appellate filing fee of $455 is hereby assessed against the Petitioner who shall pay the same not later than August 17, 2006.  Failure to pay will be reported to the Court of Appeals which may dismiss the case as a result.

July 19, 2006                                        **\*s/THOMAS M. ROSE**

                                                                THOMAS M. ROSE, JUDGE
                                                                UNITED STATES DISTRICT COURT